UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON JIMENEZ<br><br>Defendant | Criminal No. 19-cr-10278-RWZ |

**UNITED STATES' MOTION TO RECONSIDER ORDER ON MOTION TO SUPPRESS, OR IN THE ALTERNATIVE, CLARIFY THE SCOPE OF THE COURT'S SUPPRESSION ORDER**

For the reasons set for in its memorandum of law, filed contemporaneously and incorporated herein, the United States respectfully requests that the Court reconsider its May 22, 2020 Memorandum & Order granting in part Defendant Jason Jimenez's motion to suppress. In the alternative, the government respectfully seeks clarification of the scope of the suppression order, which in any event, should not extend to the two mobile phones recovered from Jimenez's car.

Pursuant to Local Rule 7.1, the government states that the defendant, Jason Jimenez, opposes the government's motion.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated:  June 18, 2020

/s/ Evan D. Panich
Evan D. Panich, BBO #681730
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3652
evan.panich@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/Evan D. Panich  
      Evan D. Panich  
      Assistant United States Attorney

Date: June 18, 2020